# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

IN THE MATTER OF:

UNCLAIMED FUNDS ON DEPOSIT
IN THE REGISTRY OF THE COURT

It appearing to the Court that there are now funds on deposit in the Registry of the Court which have been held for the statutorily required time, and there have been no claims filed against the same. The cases and amounts on deposit are as follows:

| Case No. | Caption | Amount |
|---|---|---|
| CA 3:04-23067 | Reemay Inc. v. Jacob Holm et al | $1,000.00 |
| CA 3:06-2125 | Working families v. Bowers et al | $    50.00 |
| CR 0:01-212 | USA v. Christopher Nuber | $2,580.37 |
| CR 0:02-659 | USA v. Alonya D. Smith | $1,500.00 |
| CR 2:05-1331-11 | USA v. Utrera-Aquilar et al | $2,000.00 |
| CR 2:06-557 | USA v. Kevin Antonio Fryar | $1,000.00 |
| CR 2:06-964 | USA v. Jamie Clayton Brown | $    16.60 |
| CR 4:99-656 | USA v. Patricia Felder | $2,530.31 |
| CR 7:03-976-2 | USA v. Smith | $  116.67 |
| CR 7:05-621-2 | USA v. Bauss | $    13.46 |
| CR 7:05-1079 | USA v. Melton et al | $1,600.00 |

It further appearing unto the Court that these funds, being unclaimed, should be converted into the Treasury of the United States, pursuant to Section 2042, Title 28, United States Code, it is

p. 1

ORDERED that the Clerk of this Court transfer to the United States Treasury account for "Unclaimed Registry Funds" the said amount of $12,407.41 as provided for by the statute,

AND IT IS SO ORDERED.

_____
Honorable Margaret B. Seymour
Chief, United States District Judge

____Columbia____, South Carolina
____January 17____, 2012